UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
:
DR. GERALD FINKEL, as Chairman of the Joint :
Industry Board of the Electrical Industry, :
:
Plaintiff, : Case No.
: 12-CV-1973 (RRM)(RER)
- against - :
:
NEW YORK CHRISTMAS LIGHTS AND :
DECORATING LTD., :
:
Defendant. :
-------------------------------------------------------------------- x

## NOTICE OF DISMISSAL

Plaintiff Dr. Gerald Finkel, as Chairman of the Joint Industry Board of the Electrical Industry, by his attorneys, Cohen, Weiss and Simon LLP, acting pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses the above-captioned action without prejudice.

Dated: July 10, 2012
      New York, New York

                                         By: /s/ Michael S. Adler
                                             Michael S. Adler
                                             COHEN, WEISS and SIMON LLP
                                             330 West 42nd Street
                                             New York, New York 10036
                                             (212) 563-4100

                                             Attorneys for Plaintiff

00230451.1